of school site, and in the matter of W. Fay Tuttle. No opinions. Reference ordered. Settle order on notice.

SCHUFF et al., Respondents, v. RENNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Samuel Schuff and others against Isidor Renner and another. No opinion. Motion withdrawn by stipulation.

SCHUMAN, Respondent, v. SLEIGHT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Caroline Schuman against Peter R. Sleight and another, as executors, etc. No opinion. Motion for reargument denied, with $10 costs.

SCHUMANN, Respondent, v. SLEIGHT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Caroline Schumann against Peter R. Sleight and another.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, on the ground that the verdict of the jury is contrary to and against the weight of the evidence.

WILLIAMS, J., dissents.

SCHWARTZ, Appellant, v. KOPPELMAN, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Solomon S. Schwartz against Morris Koppelman. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re SCHWARTZKOPF. (Supreme Court, Appellate Division, First Department. October 30, 1908.) In the matter of John Schwartzkopf. No opinion. Reference ordered. Settle order on notice.

SCHWARTZSCHILD & SULZBACHER v. EMPIRE STATE SURETY CO. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Schwartzschild & Sulzbacher against the Empire State Surety Company. No opinion. Motion denied. Order filed.

SCUTT, Respondent, v. FIGGE, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Frank W. Scutt against Martha Figge. No opinion. Judgment of the Municipal Court affirmed, with costs.

SELUCCI, Respondent, v. DUFFY, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Domonico Selucci against James J. Duffy. J. R. Celand, for appellant. T. J. O'Neill, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents, on the authority of Cullen v. Norton, 126 N. Y. 1, 26 N. E. 905.

SHEEDEE v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 13, 1908.) Action by Kate Sheedee against the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

SHELDON, Appellant, v. SHELDON et al., Respondents. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by Leonard Sheldon, Jr., against Benjamin Sheldon and Stephen F. Avery, as executors, etc., of Leonard Sheldon, deceased.

PER CURIAM. Judgment unanimously affirmed, with costs.

COCHRANE, J., not sitting.

SHELLEY, Appellant, v. WESTCHESTER LIGHTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Annie Shelley against the Westchester Lighting Company. No opinion. Interlocutory judgment sustaining demurrer (55 Misc. Rep. 105, 105 N. Y. Supp. 133) reversed, on the authority of Hoch v. Brooklyn Borough Gas Company, 117 App. Div. 882, 103 N. Y. Supp. 370, with leave to the defendant to answer within 20 days upon payment of costs.

SHEPPARD, Appellant, v. REYNOLDS, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Matie E. Sheppard against Alfred Reynolds. No opinion. Appeal dismissed, with costs.

SHOEMAKER, Respondent, v. GENERAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by Andrew Shoemaker against the General Electric Company. No opinion. Order affirmed, with $10 costs and disbursements.

SILLECK, Respondent, v. SILLECK, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Addie W. Silleck against James W. Silleck. No opinion. Judgment modified, by reducing the alimony to $50 a month, and, as thus modified, affirmed, without costs.

SIRKES, Respondent, v. McCORMACK, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Morris Sirkes against William McCormack. No opinion. Judgment and order unanimously affirmed, with costs.

SKOWRONSKI, Respondent, v. LEVERGOOD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Paul Skowronski against Charles H. Levergood and another.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, unless the plaintiff, within 20 days, stipulates to reduce the verdict to the sum of $100 as of the date of the rendition thereof, in which event the judgment is